IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00635-CMA-KLM

JOEL RAGUINDIN, and
JENNA FOX,

    Plaintiffs,

v.

MICHAEL YATES, individually,
JASON PHIPPS, individually,
MIKE PARKOS, individually,
PATRICK HAUGSE, individually, and
CHIEF OF POLICE RICK BRANDT, in his official capacity,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Complaint and Add Weld County Related Defendants, Extend the Time for Answer and Reset the Scheduling Conference With Certificate of Conferral** [#19][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience, the Court will address the merits of the Motion.

    The Motion is unopposed. *Motion* [#19] at 1. Therefore, to the extent the Motion seeks leave to file a Second Amended Complaint, the Motion is granted pursuant to Fed. R. Civ. P. 15(a)(2). To the extent the Motion asks the Court to reset the June 29, 2015 Scheduling Conference, *id.* at 2, it is granted for good cause shown. Accordingly,

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Second Amended Complaint [#19-1] for filing as of the date of this Order.

IT IS FURTHER **ORDERED** that Defendants who have been served and any newly added Defendants shall answer or otherwise respond to the Second Amended Complaint **on or before May 30, 2015**.

IT IS FURTHER **ORDERED** that, **on or before May 22, 2015**, Plaintiffs shall file a Notice attaching the Redline described in D.C.COLO.LCivR 15.1(a).

IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 29, 2015 at 9:30 a.m. is **VACATED** and **RESET** to **August 3, 2015** at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **July 27, 2015**.

Dated:  May 15, 2015